IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE L. LINKMEYER | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| LOWSER MERION TOWNSHIP, et al. | : | NO. 14-cv-01430 |
| | : | |
| Defendants. | | |

## PRAECIPE TO WITHDRAW POLICE OFFICERS JAMES DRISCOLL and SANTINI AS A DEFENDANTS

TO THE CLERK OF COURT:

Kindly mark all claims against Defendants **POLICE OFFICER JAMES DRISCOLL** and **POLICE OFFICER SANTINI** withdrawn with prejudice.

JEFFREY R. LESSIN & ASSOCIATES, P.C.

BY: *Mark T. Richter*

JEFFREY R. LESSIN
MARK T. RICHTER
ATTORNEYS FOR PLAINTIFF

May 9, 2014